**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chucho Produce LLC, | No. CV-21-00372-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Tonys Fresh Produce Incorporated, et al., | |
| Defendants. | |

On September 20, 2021, Plaintiff Chucho Produce LLC filed a Complaint (Doc. 1) and a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2). After finding that Plaintiff had failed to show that a temporary restraining order should issue without notice, the Court set a September 29, 2021 hearing on the Motion for Temporary Restraining Order, set a November 3, 2021 hearing on the Motion for Preliminary Injunction, and ordered Plaintiff to serve Defendants with a copy of the Order as well as the Summons, Complaint, and Motion for Temporary Restraining Order. (Doc. 6.)  Plaintiff thereafter filed a Notice averring that, despite good-faith efforts, it had been unable to execute service on Defendants.  (Doc. 7.)  In response to that Notice, the Court extended the service deadline and continued the hearing on the Motion for Temporary Restraining Order to October 7, 2021.  (Doc. 8.)

On October 5, 2021, Plaintiff filed a second Notice stating that, despite continued good-faith efforts, it has still been unable to execute service on Defendants.  (Doc. 9.) The Court will again extend the service deadline.  The Court will also vacate the hearing

on Plaintiff's Motion for Temporary Restraining Order and vacate the hearing on Plaintiff's Motion for Preliminary Injunction, with both hearings to be re-set by separate Order after Plaintiff files a notice that service has been successfully executed.

**IT IS ORDERED** that the hearing on Plaintiff's Motion for Temporary Restraining Order, currently set for October 7, 2021, is **vacated**, to be re-set by later Order of the Court.

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Motion for Preliminary Injunction, currently set for November 3, 2021, is **vacated**, to be re-set by later Order of the Court.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendants with the Summons, Complaint, Motion for Temporary Restraining Order, and copies of all Court Orders to date on or before **October 22, 2021**.

Dated this 6th day of October, 2021.

_____
Honorable Rosemary Márquez
United States District Judge