**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chucho Produce LLC, | No. CV-21-00372-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Tonys Fresh Produce Incorporated, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Chucho Produce LLC's Motion for Alternate Service and Extension of Time to Secure Service. (Doc. 11.) Plaintiff avers that, over the last month, it has made at least seven attempts to serve Defendants Tonys Fresh Produce Incorporated and Anthony Mendez via traditional methods of service at three different addresses, and has also attempted to obtain waiver of service. (*Id.* at 1-3.) Plaintiff argues that service by traditional means has proven impractical, and Plaintiff requests permission to serve Defendants via email. (*Id.* at 1-2, 4-8.) Plaintiff also requests a sixty-day extension of the deadline to effect service. (*Id.* at 2, 8-9.) In support of its Motion, Plaintiff attaches a declaration by Alberto Cruz Elias Calles and multiple exhibits documenting Plaintiff's service attempts. (Doc. 11-2.)

The Federal Rules of Civil Procedure provide that an individual within a judicial district of the United States may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." Fed. R. Civ. P. 4(e)(1). The Arizona Rules of Civil

Procedure allow service by alternative means if a party shows that other delineated means of service "are impracticable." Ariz. R. Civ. P. 4.1(k)(1). "If the court allows an alternative means of service, the serving party must make a reasonable effort to provide the person being served with actual notice of the action's commencement," and "must mail the summons, the pleading being served, and any court order authorizing an alternative means of service to the last-known business or residential address of the person being served." Ariz. R. Civ. P. 4.1(k)(2).

The Court has reviewed Plaintiff's Motion, the accompanying declaration, and the attached exhibits. On the basis of these materials, the Court finds that Plaintiff has shown that personal service on Defendants has proven impracticable despite the reasonable efforts of Plaintiff. The Court also finds that—in conjunction with sending Defendants the Summons and Complaint via certified mail—the alternative method of service by email proposed by Plaintiff is "reasonably calculated, under all the circumstances, to apprise" Defendants of the pendency of this action. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002) (quoting *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950)). Furthermore, the Court finds good cause under Federal Rule of Civil Procedure 4(m) to extend the service deadline.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Alternate Service and Extension of Time to Secure Service (Doc. 11) is **granted**. Plaintiff may serve Defendants by sending Defendants the Summons, Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, and a copy of this Order using each of the following methods:

1. Emailing the Summons, Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, and a copy of this Order to Defendants via the email address tonysfreshp19@gmail.com;
2. Mailing the Summons, Complaint, Motion for Temporary Restraining Order and Preliminary Injunction, and a copy of this Order to Defendants via certified mail to the following addresses:

- Chucho Produce LLC; 1500 East Olympic Boulevard, Unit #30; Los Angeles, CA 90021-1967
- Anthony Mendez; 7487 Cobble Creek Drive, Corona, CA 92880

Service will be effectuated upon the completion of each of these methods.

**IT IS FURTHER ORDERED** that the service deadline is extended **sixty (60) days** from the date this Order is filed.

Dated this 15th day of November, 2021.

_____
Honorable Rosemary Márquez
United States District Judge