**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chucho Produce LLC, | No. CV-21-00372-TUC-RM |
| Plaintiff, | **DEFAULT JUDGMENT** |
| v. | |
| Tonys Fresh Produce Incorporated, et al., | |
| Defendants. | |

Pending before the Court are Plaintiff Chucho Produce LLC's Motion for Default Judgment Against Tonys Fresh Produce Inc. (Doc. 25) and Motion for Default Judgment Against Anthony Mendez (Doc. 26). For the following reasons, the Motions will be granted.

**I.   Background**

Plaintiff filed its Complaint (Doc. 1) and a Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 2) on September 20, 2021. Plaintiff's Complaint alleges that Defendants are commission merchants, dealers, and/or brokers subject to the provisions of the Perishable Agricultural Commodities Act, and that Defendants have failed to pay at least $112,466.74 for perishable agricultural commodities that Plaintiff sold and shipped to Defendants between April 14, 2021 and May 18, 2021. (Doc. 1 at 3 ¶¶ 7-10.)

The Court declined to issue a temporary restraining order without notice; ordered Plaintiff to serve Defendants with copies of the Summons, Complaint, and Motion for

Temporary Restraining Order; and set hearings on the Motion for Temporary Restraining Order and Motion for Preliminary Injunction. (Doc. 6.) The Court later postponed the hearings and authorized alternative means of service after finding that personal service on Defendants had proven impracticable despite the reasonable efforts of Plaintiff. (Docs. 8, 12, 17.)

On November 16, 2021, Plaintiff served Defendants via email and certified mail, as authorized by the Court. (Docs. 13, 14, 15, 16.) The deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint expired on December 7, 2021. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendants have not filed a notice of appearance, nor have they answered or otherwise responded to Plaintiff's Complaint. The Court issued a temporary restraining order and later a preliminary injunction after holding hearings at which Defendants did not appear. (*See* Docs. 19, 20, 21, 22.) On February 22, 2022, the Clerk entered default as to Defendants Tonys Fresh Produce Inc. and Anthony Mendez. (Doc. 24.)

## II.     Legal Standard

"When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). The plaintiff may thereafter apply for a default judgment. Fed. R. Civ. P. 55(b). The Court may conduct hearings when necessary to conduct an accounting, determine the amount of damages, establish the truth of any allegation by evidence, or investigate any other matter. Fed. R. Civ. P. 55(b)(2). "If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing." *Id.* "A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared." *Id.*

. . . .

. . . .

### III. Discussion

Neither Defendant has appeared personally or by a representative, and there is no indication that either is a minor or incompetent person. Defendants have failed to answer or otherwise defend against this action, and the deadline for doing so has expired. Plaintiff has submitted affidavits and attached exhibits showing Defendants' default. (Doc. 25-1 at 2-13; Doc. 26-1 at 2-11.)

Plaintiff seeks a sum certain of $137,917.05, including a total unpaid principal amount of $112.466.74, plus $19,663.88 in accrued interest and $5,786.43 in costs. (Doc. 25 at 3; Doc. 25-1 at 27-29; Doc. 26 at 4; Doc. 26-1 at 25-27.) In support of this request, Plaintiff submits the following invoices, which each reflect an interest rate of 18% per annum:

> Invoice #0062592; dated 4/20/21; shipped 4/14/21; $13,950.76
> Invoice # 0062626; dated 4/21/21; shipped 4/20/21; $13,354.70
> Invoice # 0062651; dated 5/5/21; shipped 4/26/21; $8,704.05
> Invoice # 0062687; dated 5/10/21; shipped 5/8/21; $15,713.96
> Invoice # 0062677; dated 5/10/21; shipped 5/5/21; $3,774.60
> Invoice # 0062684; dated 5/10/21; shipped 5/6/21; $2,749.40
> Invoice # 0062727; dated 5/18/21; shipped 5/17/21; $13,446.00
> Invoice # 0062723; dated 5/19/21; shipped 5/18/21; $13,446.00
> Invoice # 0062735; dated 5/19/21; shipped 5/17/21; $3,270.20
> Invoice # 0062712; dated 6/25/21; shipped 5/13/21; $10,485.99
> Invoice # 0062670; dated 6/25/21; shipped 5/6/21; $13,571.08
>         Total: $112,466.74.

(Doc. 25-1 at 15-25; Doc. 26-1 at 13-23.) Plaintiff also submits a calculation of interest owed as of May 4, 2022 and an affidavit of costs. (Doc. 25-1 at 31, 33-35; Doc. 26-1 at 29, 31-33.)

The Court finds that a hearing is unnecessary and will enter default judgment in favor of Plaintiff and against Defendants in the amount of $132,130.62, reflecting the principal owed and interest. If Plaintiff seeks costs and attorney fees, it may file a bill of costs to be taxed by the Clerk of Court and a motion for attorney's fees, pursuant to Federal Rule of Civil Procedure 54 and LRCiv 54.1 and 54.2.

. . . .

. . . .

**IT IS ORDERED** that Plaintiff's Motions for Default Judgment (Docs. 25, 26) are **granted**. Default Judgment is hereby entered in favor of Plaintiff Chucho Produce LLC and against Defendants Tonys Fresh Produce Inc. and Anthony Mendez, in the amount of **$132,130.62**. The Clerk of Court is directed to enter final judgment accordingly and close this case.

Dated this 24th day of June, 2022.

_____
Honorable Rosemary Márquez
United States District Judge